## MITCHELL *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 55, September Term, 1960.]

*Decided April 10, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, HORNEY and MARBURY, JJ.

PER CURIAM.

Application for leave to appeal denied for the reasons stated in the opinion of the court below.